IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FREDERICK D. GREEN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:05cv435 |
| | § | |
| THE KANSAS CITY SOUTHERN | § | |
| RAILWAY COMPANY | § | |

FINAL JUDGMENT

The Court hereby ORDERS that this action be dismissed with prejudice.  It is further

ORDERED that all relief not previously granted is hereby denied.

**So ORDERED and SIGNED this 15th day of February, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE